RECEIVED
IN LAKE CHARLES, LA.

SEP 16 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DONNA CLARK                          *   CIVIL ACTION NO. 2:12-CV-650
                                     *
          Plaintiff                  *
                                     *
V.                                   *   JUDGE MINALDI
                                     *
U.S. COMMISSIONER OF SOCIAL          *
SECURITY ADMINISTRATION              *
                                     *   MAGISTRATE JUDGE KAY
          Defendant                  *
*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 16] of the Magistrate

Judge previously filed herein, after an independent review of the record, a *de novo* determination

of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Administrative Law Judge's decision that the plaintiff is not

disabled be and hereby is **AFFIRMED**, and this matter be and hereby is **DISMISSED, WITH**

**PREJUDICE**.

Lake Charles, Louisiana, this 14 day of _____Sept_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE